# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

CARITAS HEALTHCARE INC.,                                  Chapter 11
                                                          Case No. 09-40901-CEC
       Debtor.

---------------------------------------------------------X
KATHLEEN CURRY, on behalf of herself, and
JOHN WAAGE and RISA KAISER on behalf of
themselves and all others similarly situated,

       Plaintiffs,
v.                                                        ADV. PRO. 09-01039 (CEC)

CARITAS HEALTHCARE INC.,

       Defendant.
---------------------------------------------------------X

### [PROPOSED] ORDER

### CERTIFYING A CLASS AND GRANTING RELATED RELIEF

AND NOW, upon consideration of the stipulation of the parties, the proposed Notice, and the Court being otherwise advised in the premises, it is hereby

ORDERED AND DECREED that a class is certified comprised of the Plaintiffs and the other former employees of Defendant consisting of a subclass (under the federal WARN Act) of persons (i) who were employed by Caritas and were terminated without cause on or about February 17, 2009, within 30 days of February 17, 2009, or in anticipation of or as the foreseeable consequence of a "mass layoff" or "plant closing," as defined by 29 U.S.C. § 2101(a)(2) and (3) (without any concession by the Defendant that such an event has occurred) ordered by Defendant on or about February 17, 2009, and who are "affected employees," within the meaning of 29 U.S.C. § 2101(a)(5), and (ii) who have not filed a timely

request to opt-out of the class, and (iii) who were not members of Local 1199 SEIU, Local 144 or NYSNA; and a subclass (under the New York WARN Act) of persons (i) who were employed by Caritas and were terminated without cause on or about February 17, 2009, within 30 days of February 17, 2009, or in anticipation of or as the foreseeable consequence of a "mass layoff" or "plant closing," as defined by NYLL § 860-a(4) and (6) (without any concession by the Defendant that such an event has occurred) ordered by Defendant on or about February 17, 2009, and who are "affected employees," within the meaning of NYLL § 860-a (1), and (ii) who have not filed a timely request to opt-out of the class, and (iii) who were not members of Local 1199 SEIU, Local 144 or NYSNA; and it is;

FURTHER ORDERED that the Class described above meets the requirements of Fed.R.Civ.P. 23; and it is

FURTHER ORDERED that Outten & Golden LLP, is appointed class counsel; and it is

FURTHER ORDERED that Plaintiffs John E. Waage and Risa Kaiser are hereby appointed Class Representatives; and it is

FURTHER ORDERED that the proposed form of Notice to the Class submitted to the Court is approved; and it is

FURTHER ORDERED that within ten (10) days after the entry of this ***order (CEC)***, Defendant shall provide Class Counsel with the names and addresses of the class members as noted in Defendant's records; and it is

FURTHER ORDERED that on or before ten (10) days after receipt from the Defendant of the names and addresses of the Class members, Class Counsel shall provide notice of the pendency of the class action lawsuit by mailing the Notice, First Class postage prepaid, to each employee of Defendant who falls within the definition of the class, to their last known address as noted in the records of the Defendant; and it is

FURTHER ORDERED that *within 7 days (CEC)* after such mailing, Class Counsel shall serve and file a sworn statement affirming compliance with this Order concerning the mailing of the Notice; and it is

FURTHER ORDERED that Class Counsel shall serve and file a sworn statement listing the names of any persons who have opted out of the Class; and it is

FURTHER ORDERED that Notice in compliance with this order is hereby found to be the best notice practicable under the circumstances and constitutes due and sufficient notice to all class members in full compliance with the notice requirements of Fed.R.Civ.P.23.

AND IT IS SO ORDERED.



Dated: Brooklyn, New York
January 21, 2010

_____
**Carla E. Craig**
**United States Bankruptcy Judge**